## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

SHARYN PENSMITH,           :
           :
           Plaintiff,    :
v.           :     CIVIL ACTION NO.
           :
Maryland CVS Pharmacy, LLC,    :     JUDGE:
           :
           Defendant.   :
_____:

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441(a), and 1446, Defendant, Maryland CVS Pharmacy, LLC, by and through its attorneys, submits this Notice of Removal to the United States District Court for the District of Maryland, and in support thereof, states as follows:

1.      **State Court Action.**

Plaintiff, Sharyn Pensmith filed this action in the Circuit Court for Anne Arundel County, Case No. C-02-CV-20-001735, on September 15, 2020.  Plaintiff filed an Amended Complaint on September 16, 2020.  Copies of the Summons and Complaints are attached as Exhibit 1.  No other pleadings have been filed.

2.      **Diversity of Citizenship.**

There is complete diversity of citizenship between the Plaintiff and Defendant.  Plaintiff, Sharyn Pensmith, is a citizen and resident of the State of Maryland.  (*See* Exhibit 1, Compl. ¶ 3).

Plaintiff has filed suit against Maryland CVS Pharmacy, LLC. Maryland CVS Pharmacy, LLC, is, and at the time of filing of this action was, a limited liability company whose sole member is CVS Pharmacy, Inc., which is, and at the time of the filing of this action was, a corporation existing under the laws of the state of Rhode Island, having its principal place of business in the State of Rhode Island.  (*See* Exhibit 2 – Defendants' Corporate Disclosure

Statement and Disclosure of Financial Interest).  Thus, Maryland CVS Pharmacy, LLC is considered a citizen of the State of Rhode Island for purposes of determining federal diversity jurisdiction.  See <u>Danner v. International Freight Systems of Washington, LLC</u>, 855 F.Supp. 433, 444 (D.Md. 2012) (a limited liability company's citizenship is that of its member for diversity jurisdiction purposes).

> **3.      Amount in Controversy.**

The amount in controversy in this action, exceeds the sum of $75,000, exclusive of interest and costs. (*See* <u>Exhibit 1</u>).

> **4.      Diversity Jurisdiction.**

This action is one under which the Court has jurisdiction pursuant to 28 U.S.C. § 1332 and which may be removed to this Court pursuant to 28 U.S.C. § 1441, as it is a civil action in which there is complete diversity between the Plaintiff and Defendant, and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

> **5.      Timeliness of Notice of Removal.**

Defendant first received notice of this civil action through service of the attached Summons and Complaint on October 19, 2020.  *See* <u>Exhibit 1</u>.  This removal is being filed within thirty (30) days of service, and the removal of this action is, therefore, timely under 28 U.S.C. § 1446(b).

> **6.      Required Documents**

Defendants are filing with this Notice of Removal the following:

> (a)      Civil Cover Sheet;
>
> (b)      A copy of the complaints and summons (attached as <u>Exhibit 1</u>).  No other process, pleadings or orders have been served on Defendants;

(c)    Defendants' Corporate Disclosure Statement and Disclosure of Financial

Interest under Fed. R. Civ. Pro. 7.1. and Local Rule 103(3) (Exhibit 2);

and

(d)    Notice of Filing Notice of Removal (Exhibit 3).

**WHEREFORE**, Defendant, Maryland CVS Pharmacy, LLC, respectfully requests that

this Court remove this action from the Circuit Court for Anne Arundel County, State of

Maryland, to this Court for further proceedings and that this Court take jurisdiction herein and

make such further orders as may be just and proper.

Respectfully submitted,

_____/s/_____
Diane V. D'Aiutolo, 02341
Cori B. Schreider, 21047
  TYDINGS & ROSENBERG LLP
  1 East Pratt Street, Suite 901
  Baltimore, MD 21202
  Telephone: (410) 752-9700
  Fax:  (410) 727-5460
  ddaiutolo@tydings.com
  cschreider@tydings.com

*Attorneys for Defendant, Maryland CVS*
*Pharmacy, LLC*

#3652540v.1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 16th day of November, 2020, the foregoing was served

via U.S. mail, postage prepaid on:

>Susan C. Trimble
>The Law Office of Susan C. Trimble, LLC
>P.O. Box 4425
>Annapolis, MD 21403
>*Attorney for Plaintiff*


                        /s/
                        Cori B. Schreider, 21047

#3652540v.1