| | | |
|---|---|---|
| SHARON PENSMITH<br>775 Bon Haven Drive<br>Annapolis, Maryland 21401 | * | IN THE |
| | * | CIRCUIT COURT |
| Plaintiff | * | OF MARYLAND |
| v. | * | FOR |
| | * | ANNE ARUNDEL COUNTY |
| | * | Case No.: C-02-CV-20-001735 |
| Maryland CVS Pharmacy, L.L.C.<br>To be Served on Resident Agent,<br>THE CORPORATION TRUST, INC.<br>2401 York Road, Suite 201<br>Lutherville, Maryland 21093-2264 | | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT

Plaintiff, Sharyn Pensmith, by and through her counsel, Susan C. Trimble, and The Law Office of Susan C. Trimble, LLC, sues Defendant, Maryland CVS Pharmacy L.L.C., and in support thereof states as follows in support of this lawsuit:

1. That the Plaintiff, Sharyn Pensmith, is an adult citizen in the State of Maryland and a resident of Anne Arundel County.

2. The Defendant, Maryland CVS Pharmacy L.L.C., hereinafter referred to as "Defendant," or "CVS" is a company doing business in Maryland, which owned and/or managed the premises located at: 2601 Riva Road, Annapolis, Maryland, in the county of Anne Arundel. The Defendant carries on a regular business and habitually engages in a vocation in that County.

3. The Defendant CVS operates a pharmacy on the premises.

## FACTS

4. On or about April 20, 2019, Plaintiff, Sharyn Pensmith, age 74, walked through the parking lot toward the front entrance of the CVS store located at 2601 Riva Road, Annapolis, MD, in the County of Anne Arundel, State of Maryland, when she fell forward onto the sidewalk surrounding the outside of the store, onto her head and her side, causing serious and permanent injury to Plaintiff. Ms. Pensmith had been on the premises to purchase products at CVS.

## COUNT I

### NEGLIGENCE OF THE DEFENDANT

2. The Plaintiff incorporates herein by reference hereto the allegations of paragraph one above as if more fully set forth herein at length.

3. The Defendant had a duty to the Plaintiff to provide a safe and level parking lot and sidewalk, free from hazards which were recognized or should have been recognized by Defendant, as causing or likely to cause serious physical harm.

4. The aforesaid incident occurred as a result of and was proximately caused by the careless, negligent, grossly careless, and reckless conduct of the Defendant, which consisted inter alia of the following particulars:

   a. Failing to properly supervise, examine and correct any problems in the common areas in question so as to furnish to the Plaintiff, Sharyn Pensmith, a safe and level parking lot and sidewalk, free from hazards which were recognized or should have been recognized by Defendant, as causing or likely to cause the serious physical harm to the Plaintiff, Sharyn Pensmith, and others;

    b. Failing to maintain the above parking lot and sidewalk in a safe condition to ensure that the Plaintiff would not be caused to trip and fall as a result of the uneven pavement that existed and which was known to or should have been known to the Defendant;

    c. Negligently failing to section off the hazardous surface area; (c) failing to post any type of any type of signage warning the public of the uneven surface area or warning them to use caution;

    d. Failing to provide a hand rail beside the uneven surfaces to assist the Plaintiff or the public in navigating the uneven surface area;

    e. Failing to maintain the premises owned by the Defendant in good and safe condition for the Plaintiff and others;

    f. Failing otherwise to comply with the applicable laws and regulations of the State of Maryland and the applicable Federal laws and regulations;

    g. Otherwise failing to exercise the degree of care required under the circumstances; and

    h. Allowing the ramp and its uneven surface to be built on Defendant's premises when the ramp itself serves no private or public purpose and therefore created an unnecessary obstacle to the public and to its invitees;

    i. Otherwise being negligent, careless and reckless.

5. Solely as a result of the injuries aforementioned, the Plaintiff has incurred damages, including:

   a. Medical expenses and requisite care for her injuries and will in the future continue to incur such bills;

   b. Significant lost wages and will in the future continue to incur such losses;

   c. She has, may, and probably will for an indefinite time in the future suffer great pain, inconvenience, embarrassment, and mental anguish;

   d. She has, may, and probably will for an indefinite time in the future be deprived of ordinary pleasures of life, loss of well-being, and equanimity; and

   e. Dental and arm fractures; facial scarring, as well as permanent damage and

   f. Her overall health, strength, and vitality have been greatly impaired.

6. As a result of the aforesaid conduct and breach of care of the Defendant, the Plaintiff sustained the injuries, losses, and damages which were more fully described above, without any negligence of the Plaintiff contributing thereto.

7. That all of Plaintiff's injuries, losses and damages, past, present and prospective, are due solely to and by reason of the negligence, carelessness and recklessness of Defendant with no lack of due care or negligence on the part of Plaintiff contributing thereto directly or indirectly.

8. At all times relevant hereto Plaintiff was alert and exercising due care for her own safety.

WHEREFORE: Plaintiff demands judgment against Defendant of an amount greater than $75,000.00 to be determined at trial, plus costs, pre-judgment interest, post-judgment interest, and for any further relief that this Honorable Court deems appropriate.

## PRAYER FOR JURY TRIAL

The Plaintiff hereby prays a trial by jury.

Respectfully submitted,

SUSAN C. TRIMBLE
The Law Office of Susan C. Trimble, LLC
P.O. Box 4425
Annapolis, Maryland 21403
Attorney for Plaintiff