# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SHARYN PENSMITH, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 1:20−cv−03319−DKC |
| | : | |
| Maryland CVS Pharmacy, LLC, | : | JUDGE: Deborah K. Chasanow |
| | : | |
| Defendant. | : | |
| | : | |

## INITIAL JOINT STATUS REPORT

Plaintiff and Defendant, by and through undersigned counsel pursuant to this Court's Scheduling Order, submit their Initial Joint Status Report. The parties respectfully report as follows:

**1.      Requests for Modifications of Scheduling Order/Early Settlement**

Counsel have conferred regarding the Scheduling Order, entered by the Honorable Judge Chasanow, and believe that the possibility of a quick and efficient resolution of this matter will be best served by a modified scheduling order. The parties wish to engage in limited fact discovery prior to engaging expert witnesses to determine if the matter is one that would be best suited for early mediation. Thus, the parties respectfully request that following a period of limited fact discovery (i.e. written discovery requests and responses, depositions of Plaintiff and other fact witnesses), the parties will file a discovery status report advising the Court if mediation is requested, or otherwise proposing deadlines for Rule 26(a)(2) disclosures, Rule 26(e)(2) disclosures and responses and a deadline for completion of all discovery. The parties therefore jointly request that the following proposed scheduling order be entered:

| | |
|---|---|
| April 5, 2021 | Initial Fact Discovery Deadline |
| | Submission of status report |

#3679587v.1

The parties respectfully request that all other Scheduling Order deadlines be determined following the Initial Fact Discovery Deadline and submission of the status report.

2. **Deposition Hours**

The parties agree to 25 hours per side of depositions.

3. **Magistrate Judge**

 The parties do not agree to proceed before a United States Magistrate Judge.

4. **Discovery of Electronically Stored Information**

The parties do not intend to take such discovery.

Respectfully submitted,

 /s/ (*with permission by CBS*)
Susan C. Trimble, 28057
The Law Office of Susan C. Trimble, LLC
P.O. Box 4425
Annapolis, Maryland  21403
Telephone: (410)-878-7006
strimble@suetrimblelaw.com

*Attorney for Plaintiff*

 /s/
Diane V. D'Aiutolo, 02341
Cori B. Schreider, 21047
 TYDINGS & ROSENBERG LLP
 1 East Pratt Street, Suite 901
 Baltimore, MD 21202
 Telephone: (410) 752-9700
 Fax:  (410) 727-5460
 ddaiutolo@tydings.com
 cschreider@tydings.com

*Attorneys for Defendant, Maryland CVS Pharmacy, LLC*

#3679587v.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of December, 2020, the foregoing was served via the court's electronic filing system on:

>Susan C. Trimble, Esquire
>The Law Office of Susan C. Trimble, LLC
>P.O. Box 4425
>Annapolis, Maryland  21403
>
>*Attorney for Plaintiff*

                                                /s/
                                   Cori B. Schreider, 21047

#3679587v.1