# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SHARYN PENSMITH, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 1:20−cv−03319−DKC |
| | : | |
| Maryland CVS Pharmacy, LLC, | : | JUDGE: Deborah K. Chasanow |
| | : | |
| Defendant. | : | |
| | : | |

## JOINT STATUS REPORT

Plaintiff and Defendant, by and through undersigned counsel pursuant to this Court's December 3, 2020 Order, submit their Joint Status Report. The parties respectfully report as follows:

1. In their Initial Joint Status Report, the parties reported that the possibility of a quick and efficient resolution of this matter will be best served by engaging in a period of limited fact discovery.

2. During this limited fact discovery period, the parties have been cooperatively exchanging information, and believe that early resolution is plausible. However, due to various delays, in part caused by the ongoing COVID-19 pandemic, the parties require additional time to obtain information from depositions and records, prior to engaging in any further negotiations.

3. Thus, the parties jointly request that the limited fact discovery deadline be extended sixty (60) days, and that the following proposed scheduling order be entered:

    June 4, 2021                     Initial Fact Discovery Deadline
                                                Submission of status report

4. The parties respectfully request that all other Scheduling Order deadlines, including Rule 26(a)(2) disclosures, Rule 26(e)(2) disclosures and responses, and a deadline for completion of all

discovery, be determined following the Initial Fact Discovery Deadline and submission of the status report.

Respectfully submitted,

_____/s/ (w/permission by CBS)_____
Susan C. Trimble, 28057
The Law Office of Susan C. Trimble, LLC
P.O. Box 4425
Annapolis, Maryland  21403
Telephone: (410)-878-7006
strimble@suetrimblelaw.com

*Attorney for Plaintiff*


_____/s/_____
Diane V. D'Aiutolo, 02341
Scott Burns, 07557
Cori B. Schreider, 21047
 TYDINGS & ROSENBERG LLP
 1 East Pratt Street, Suite 901
 Baltimore, MD 21202
 Telephone: (410) 752-9700
 Fax:  (410) 727-5460
 ddaiutolo@tydings.com
 sburns@tydings.com
 cschreider@tydings.com

 *Attorneys for Defendant, Maryland CVS Pharmacy, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of April, 2021 the foregoing was served via the court's electronic filing system on:

> Susan C. Trimble, Esquire
> The Law Office of Susan C. Trimble, LLC
> P.O. Box 4425
> Annapolis, Maryland 21403
>
> *Attorney for Plaintiff*

                                          /s/
                              Cori B. Schreider, 21047